*Peter G. Stuyvesant* v. *The Mayor, Aldermen and Commonalty of the city of New York.* Hamilton Fish, for complainant; D. Graham Jun. for defendants. Appeal from a decretal order of the late assistant vice chancellor overruling demurrer to complainant's bill for a specific performance.— Decretal order appealed from affirmed with costs.